U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 3 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JULES MOTEN, JR. | DOCKET NO. 07-027 |
| versus | JUDGE TRIMBLE |
| AVOYELLES CORRECTIONAL CENTER | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED** without prejudice for failure to exhaust state court remedies.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 31st day of May, 2007.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT COURT JUDGE